Hand-Delivered

FILED
CHARLOTTE, NC
DEC - 7 2020
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Charlotte Division

| | | |
|---|---|---|
| Lauren Swaringer | ) | Case No. 3:20-cv-678-MOC |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) | |
| American Airlines Group | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Lauren Swaringer |
  | Street Address | 218 Elizabeth Ave |
  | City and County | Monroe, Union County |
  | State and Zip Code | North Carolina, 28112 |
  | Telephone Number | 480-521-9451 |
  | E-mail Address | Lauren_Swaringer@icloud.com |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: American Airlines Group
- Job or Title *(if known)*:
- Street Address: 1 Skyview Drive
- City and County: Fort Worth
- State and Zip Code: Texas, 76155
- Telephone Number: 817-963-1234
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Lauren Swaringer, is a citizen of the State of *(name)* North Carolina.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* American Airlines Group, is incorporated under the laws of the State of *(name)* Delaware, and has its principal place of business in the State of *(name)* Texas.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$10,000,000.00 please see attached supported documents

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
**Please see attached documents**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see attached documents**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/07/2020

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Lauren Swaringer

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.

LAUREN SWARINGER

    *Plaintiff,*

VS.

AMERICAN AIRLINES GROUP         **COMPLAINT FOR A CIVIL CASE**

    *Defendants,*

*CAUSE OF ACTION:*

*PERSONAL INJURY*

Date of Loss/Incidents: February 23, 2017; May 4, 2017; May 17, 2017;
December 2, 2017; December 5, 2017
Date Injury Became Apparent: December 7, 2017 Long Term Disability Approval

TO THE HONORABLE DISTRICT COURT JUDGE

    COMES NOW the Plaintiff, Lauren Swaringer, who here by respectfully submits Statement Of Claim and Relief for the motion Complaint For A Civil Case submitted on December 7, 2020 in district federal court as *Pro se* as defined by statute 28 U.S.C. § 1654. For reasons stated in this Statement of Claim accompanying this Civil Case, that I the plaintiff, was injured while on "American Airlines Group" Bombardier regional CRJ 700 aircraft and CRJ 900 aircraft all while while in the "American Airlines" company mandated uniform on the premises of American Airlines-Charlotte Hub located in the airport at 5501 Josh Birmingham Pkwy, Charlotte, North Carolina 28208. There exist no genuine dispute as to the material facts that render Defendants, American Airlines Group, liable to the Plaintiff. Plaintiffs motion of Relief which *demands the compensation and punitive damages of* but not limited to; *$10,000,000.00,*

*the cover of all current and future medical bills and medical debt accumulated from this injury, and any other equitable relief that the court may deem appropriate* for this Civil Case should be *granted*. Thus I, respectfully ask this court for an acceptance of these documents submitted on this day.

Respectfully Submitted this 7th Day of December 2020

**Lauren Swaringer**

*[signature]*

218 Elizabeth Ave
Monroe, NC 28112
Telephone:(704) 612-0741
E-mail: Lauren_Swaringer@icloud.com