UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:20-CV-00678-MOC-DSC

| | |
|---|---|
| LAUREN SWARINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| AMERICAN AIRLINES GROUP, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on the Court's own motion regarding Plaintiff's Motion to Proceed in Forma Pauperis. See Doc. No. 2. Plaintiff's motion was granted by this court. See Doc. No. 3. Today, the court directs the U.S. Marshal's to serve process on Defendant.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court notify the U.S. Marshal who, pursuant to Federal Rule of Civil Procedure 4(c)(3), shall serve process on Defendant, in accordance with Federal Rule of Civil Procedure 4(i)(1) and (2), or as directed by Plaintiff through counsel. All costs of service shall be advanced by the United States, and any recovery will be subject to payment of fees and costs, including service of process fees and the $402.00 filing fee.

Signed: February 11, 2021

Max O. Cogburn Jr.
United States District Judge